PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
CR 04-00407HG-01

**DOCKET NUMBER** *(Rec. Court)*

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| BRANDON LEE DORAN | District of Hawaii | Honolulu |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 03 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| NAME OF SENTENCING JUDGE |
|---|
| Helen Gillmor |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/20/2007 | TO 3/19/2012 |
|---|---|---|

**OFFENSE**

Count 1: Possession With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), a Class A felony and Count 2: Possession With Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1), a Class C felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington (Seattle)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5·16·06
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Washington (Seattle)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-28-06
Effective Date

*United States District Judge*

